IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00149-WDM-CBS

EDWARD TRUJILLO,

    Plaintiff,

v.

THE CITY OF LAKEWOOD, COLORADO,
a municipality,
AGENT TROY LUTMAN,
in his official and individual capacity, and
POLICE CHIEF RON BURNS,
in his official and individual capacity,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Joint Stipulated Motion for Protective Order and Confidential Information Stipulation [filed September 26, 2008; doc. 24] is granted. The protective order is signed and entered on this date.

    In addition to Fed.R.Civ.P. 26(c)(2), and D.C.ColoL.CivR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (Fed.R.Civ.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.ColoL.CivR.) regarding the execution of this protective order.

**DATED:**    September 30, 2008