IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00149-WDM-CBS

EDWARD TRUJILLO,

    Plaintiff,

v.

THE CITY OF LAKEWOOD, COLORADO,
a municipality,
AGENT TROY LUTMAN,
in his official and individual capacity, and
POLICE CHIEF RON BURNS,
in his official and individual capacity,

    Defendants.

---

# MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Modify the Scheduling Order with Respect to Expert Disclosure Deadlines and all Other Subsequent Pretrial Deadlines (*doc. # 28)* is GRANTED. The Scheduling Order (*doc. # 17)* is modified as follows:

    1.    Rule 26(a)(2) <u>affirmative</u> expert disclosures are due on or before **November 16, 2008**;

    2.    Rule 26(a)(2) <u>rebuttal</u> expert disclosures are due on or before **December 30, 2008**;

    3.    <u>Discovery</u> deadline is extended to **February 19, 2009**;

    4.    Deadline to serve all written discovery is extended to **January 20, 2009**;

    5.    <u>Dispositive motions</u> deadline is extended to **April 2, 2009**; and

    6.    <u>Final pretrial conference</u> is RESET to **August 7, 2009 at 9:15 a.m. (Mountain Time)**, parties shall submit a proposed order no later than 5 days prior to the scheduled conference.

**DATED:** October 2, 2008