# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 08-cv-00149-WDM-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: July 15, 2009** | **Courtroom Deputy:** Linda Kahoe |

EDWARD TRUJILLO,           David Arthur Lane
                           Qusair Mohamedbhai

    Plaintiff,

    v.

Lakewood, Colorado, City of, The,           Joseph Patrick Sanchez
*et al.*,

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session:     8:28 a.m.**
Court calls case. Appearances of counsel.

Discussion and arguments regarding Defendant Lutman's Motion to Stay.

The court issues a ruling from the bench. The court states that Defendant Lutman may file an objection to the ruling.

For the reasons as stated on the record, it is

**ORDERED:** The Motion to Stay Pending Determination of Entitlement to Qualified Immunity From Defendant Lutman (doc # 43, filed 5/29/2009) is DENIED. The Final Pretrial Conference set for August 7, 2009 at 9:15 a.m. will go forward. A proposed Final Pretrial Order is due 5 days prior to the Final Pretrial Conference.

Discussion regarding setting a settlement conference. The parties will contact the court if a settlement conference may be productive.

HEARING CONCLUDED.
**Court in recess**:     **8:49 a.m.**
Total time in court:     00:21

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.