IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 08-cv-00149-WDM

EDWARD TRUJILLO,

    Plaintiff,

v.

THE CITY OF LAKEWOOD, COLORADO, et al.,

    Defendants.
_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The joint motion to vacate trial preparation conference and trial is granted. The motion for extension of time to file jury instructions, etc. is moot. Counsel are directed to file settlement papers on or before March 3, 2010.

Dated:  February 12, 2010

                                        s/ Jane Trexler, Judicial Assistant